UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

LISA MARIE ALLEN,
    Plaintiff,

  v.

TRANS UNION LLC, et al.,
    Defendants.
    _____/

No. C 12-6461 PJH

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    July 11, 2013
Mediator:    André Hassid

    IT IS HEREBY ORDERED that the request to excuse defendants Equifax Information Services LLC, Trans Union LLC and Experian Information Solutions, Inc., corporate representatives from appearing in person at the July 11, 2013, mediation before André Hassid is DENIED. The court finds that defendants have not made adequate showing that requiring their representatives to attend the session in person would cause them 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED and the representatives shall attend the session in person.

    IT IS SO ORDERED.

July 3, 2013
Dated

By: _____
Maria-Elena James
United States Magistrate Judge